Argued and submitted February 5, affirmed by an equally divided court May 5, 1981

## STATE OF OREGON,
*Respondent,*
*v.*
## LARRY EUGENE LETTERMAN,
*Petitioner.*

(No. 26407, CA 16726, SC 27314)

427 P2d 484

Marilyn C. McManus, Deputy Public Defender, Salem, argued the cause for petitioner. With her on the briefs was Gary D. Babcock, Public Defender, Salem.

Dale L. Anderson, Deputy District Attorney, Dallas, argued the cause and filed the brief for respondent.

Before Denecke, Chief Justice, and Tongue, Lent, Linde, Peterson and Tanzer, Justices.

Affirmed by an equally divided court.